UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                v.                          Case No. 10-cr-140-01 SM

<u>Pedro Padro</u>

<u>O R D E R</u>

The defendant Pedro Padro, through counsel, has moved to continue the trial scheduled for February 15, 2011, for a period of sixty days, citing the need for additional for Mr. Padro to complete the Therapeutic Community Program at the Strafford County House of Corrections.  The Government assents to the proposed continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from February 15, 2011 to April 19, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and

the defendant in a speedy trial.  The defendant shall file a waiver of speedy trial not later than February 14, 2011.

      Final Pretrial Conference:      April 13, 2011 at 3:00 PM

      Jury Selection:      April 19, 2011 at 9:30 AM

      SO ORDERED.

February 4, 2011

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
    U. S. Probation
    U. S. Marshal